```
___ FILED 6/2/03  ___ ENTERED
___ LODGED        ___ RECEIVED
```

UNITED STATES DISTRICT COURT
Western District of Washington

JUN 02 2003

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

**JUDGMENT IN A CIVIL CASE**

DONALD D. BRINDLE

v.                              CASE NUMBER: C02-1066Z

WARDS COVE PACKING COMPANY, INC.

☑ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT

The jury finds for the defendant Wards Cove Packing Company, Inc on the claim for age discrimination under federal law

The jury finds for the plaintiff Donald D. Brindle on his second claim against defendant for age discrimination under state law and awards damages in the amount of $507,810.00. Judgment is therefore entered in favor of Donald D. Brindle and against Wards Cove Packing Company, Inc. in the amount of $507,810.00 together with taxable costs.

BRUCE RIFKIN, Clerk

May 30, 2003                    By _____
Date                               Casey Condon
                                   Deputy Clerk

